IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

JASON HOLT, VANESSA HOLT and
VICTORIA HOLT,
    Plaintiffs,

vs.

JASON MITCHELL and J & S
XPRESS, LLC,
    Defendants.

CASE NO.: 1:24-CV-00003
Honorable Clifton L. Corker
JURY DEMAND

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, JASON HOLT, VANESSA HOLT, AND VICTORIA HOLT and Defendants JASON MITCHELL AND J&S XPRESS, LLC, by and through their undersigned attorneys, stipulate that, all claims and crossclaims which have been or could have been asserted in this action, shall be and hereby are voluntarily dismissed, with prejudice, with Defendants reimbursing Plaintiffs for the court costs.

Enter 10th day of September 2024.

Respectfully submitted,

/s/ Tim Bowden
Tim Bowden, BPR #15379
Tim L. Bowden Attorney at Law
306 Northcreek Blvd., Ste. 200
Goodlettsville, TN 37072
Phone: (615) 859-1996
Email: bowden_law@bellsouth.net
*Attorney for Plaintiffs*

/s/ Allen Callison
Allen Callison, No. 028440
McAngus Goudelock & Courie, LLC
Post Office Box 2949
Brentwood, Tennessee 37024
Phone: (615) 499-7177
Email: allen.callison@mgclaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2024, I electronically filed the foregoing *Stipulation of Dismissal* with the Clerk of Court in the United Stated District Court for the Eastern District of Tennessee using the CM/ECF system which will send notification of such filing to the following counsel of record:

> Tim Bowden
> Tim L. Bowden Attorney at Law
> 306 Northcreek Blvd., Ste. 200
> Goodlettsville, TN 37072
> Email: bowden_law@bellsouth.net
> *Attorney for Plaintiffs*

/s/ Allen Callison
ALLEN CALLISON